# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2016

153076

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

RONNIE JONES,
      Plaintiff-Appellee,

v

THOMAS SENNETT,
      Defendant-Appellant.

SC: 153076
COA: 329834
Wayne CC: 14-013842-NO

_____/

      On order of the Court, the application for leave to appeal the December 16, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2016



Clerk

t0322